UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOILING CRAB FRANCHISE CO.,
LLC, a California limited liability
company,

Plaintiff,

v.

GLOBAL SEAFOODS NORTH
AMERICA LLC, a Washington limited
liability company,

Defendant.

C24-2122 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The motion to appear pro se, docket no. 6, is DENIED. "It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'" D-Beam Ltd. P'ship v. Roller Derby Skates, Inc., 366 F.3d 972, 973–74 (9th Cir. 2004) (quoting In re Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994)). Accordingly, Defendant Global Seafoods North America, LLC cannot appear "pro se". The three other pending motions, docket nos. 5, 14, and 15, are STRICKEN AS INVALID. See D-Beam Ltd. P'ship, 40 F.3d at 1059 n.1 (concluding that the plaintiff's "'*pro se* pleadings' are 'not even valid'" where the plaintiff was a limited partnership). Defendant must appear in this case through an attorney within 30 days of this Minute Order.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and Oleg Nikitenko, Defendant's registered agent. See Motion at 2 (docket no. 6).

Dated this 18th day of February, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1