UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOILING CRAB FRANCHISE CO., LLC, a California limited liability company,

          Plaintiff,

v.

GLOBAL SEAFOODS NORTH AMERICA LLC, a Washington limited liability company,

          Defendant.

C24-2122 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Motion for Reconsideration, docket no. 24, is STRICKEN AS INVALID. See Minute Order (docket no. 22). The Court also notes that the Motion for Reconsideration is untimely.[1]

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and Oleg Nikitenko, Defendant's registered agent. See Motion at 4 (docket no. 24).

Dated this 18th day of March, 2025.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

---

[1] Motions for reconsideration "shall be filed within fourteen days after the order to which it relates is filed." Local Civil Rule 7(h)(2). The Motion in this case was filed twenty days after the Court's Minute Order, docket no. 22, was filed.

MINUTE ORDER - 1