UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL SEAFOODS NORTH AMERICA LLC, a Washington limited liability company,<br><br>Defendant. | C24-2122 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion, docket no. 36, is GRANTED as follows. Pursuant to the stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice.  The Court DECLINES to retain jurisdiction to enforce the terms of the parties' settlement agreement, which has not been provided to the Court.  If the parties have a dispute relating to the settlement agreement that does not concern enforcement of the Permanent Injunction, docket no. 35, a new lawsuit may be filed.

(2)   The Clerk is directed to CLOSE this case and send a copy of this Minute Order to all counsel of record.

Dated this 24th day of July, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1